## COOPER *v.* COOPER.

FISH, C. J. There being no complaint that any error of law was committed upon the trial, and the evidence being sufficient to authorize the verdict, the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*
.AUGUST 13, 1913.

Equitable petition. Before Judge Jones. Hall superior court. May 17, 1912.

*Johnson & Johnson,* for plaintiff in error.
*J. G. Collins,* contra.